IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JTH TAX LLC, *et al.*                                                                                                 PLAINTIFFS

v.                                                                             CIVIL ACTION NO. 1:21-CV-178-SA-DAS

LARRITA CONNER, *et al.*                                                                      DEFENDANTS

ORDER

On August 14, 2023, the Court entered an Order [55] granting the Plaintiffs a final 30-day extension to effectuate service of process on Larrita Conner, one of the four Defendants in the case. In that Order [55], the Court specifically advised the Plaintiffs as follows: "Should the Plaintiffs fail to file documentation on the docket within 30 days of today's date indicating that they have completed service of process on Conner, the Court will dismiss their claims against her without further notice." [55] at p. 5. Far more than 30 days have passed since that time, yet the Plaintiffs have filed nothing to indicate service of process on Conner.

Therefore, for the reasons articulated in the Court's previous Order [55], the Plaintiffs' claims against Conner are hereby DISMISSED. The Clerk of Court shall terminate Conner as a Defendant on the docket.

The other three Defendants remain in default. The Court will set a damages hearing as to those three Defendants in due course.

SO ORDERED, this the 29th day of November, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE